### In the United States District Court
### for the District of Kansas

**United States of America**,
  *Plaintiff*,

v.           Case No. 2:21-cr-20001-DDC

**Michael Ahlers**,
  *Defendant*.

**Consent to Appear by Video Teleconference or Telephone Conference**

I, _____Michael Ahlers_____, understand that under Federal Rule of Criminal Procedure 43 and the United States Constitution I have a right to be present in open court for the below-listed proceedings in my criminal case. After consulting with counsel, I hereby consent to appear by video teleconference or by telephone conference for the below-listed, marked proceedings:

| | |
|---|---|
| _____ initial appearance | _____ Rule 40 appearance |
| _____ arraignment | _____ misdemeanor plea & sentencing |
| _____ detention hearing | ✓ felony plea |
| _____ preliminary hearing | _____ felony sentencing |
| _____ waiver of indictment | _____ probation/supervised release revocation proceedings (including pretrial release) |

☑ Pursuant to Administrative Order 2020-9, defense counsel of record has signed electronically on the defendant's behalf. Counsel states the following:

(1) The defendant has had the opportunity to consult with counsel;
(2) The defendant agrees to the waiver or consent; and
(3) The defendant agrees that counsel may sign the waiver or consent on the defendant's behalf.

/s/ Michael Ahlers

Defendant

/s/ Robin D. Fowler

Defense Counsel

01/29/2021

Date

☐ Client is Spanish speaking; therefore, a Spanish interpreter was used.

Federal Public Defender 6.30.20