AO 245B   (Rev. 09/19 - D/KS 04/20) Judgment in a Criminal Case
Sheet 2 – Imprisonment

Judgment – Page **2** of **7**

DEFENDANT:   Michael Ahlers
CASE NUMBER:   2:21CR20001 - 001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 24 months on Counts 10 and 12 to run concurrently.

☒   The Court makes the following recommendations to the Bureau of Prisons: to be designated as close to Kansas City as possible to facilitate family visitation. The Court also recommends the defendant for the RDAP program.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district.

   ☐ at ___ on ___.

   ☐ as notified by the United States Marshal.

☒   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before ___ on ___.

   ☒ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Officer.

FILED
JUL 2 8 2021
TIMOTHY M. O'BRIEN CLERK
By _____ Deputy

## RETURN

I have executed this judgment as follows:

Defendant delivered (v/s) on __July 22, 2021__ to __FPC Yankton__
at __Yankton S.D.__, with a certified copy of this judgment.

K. Bennett, Warden
~~UNITED STATES MARSHAL~~

By   S. Sundleaf, CSO
     FPC Yankton
     Deputy U.S. Marshal