IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.          Case No. 2:21CR20001-001-DDC

MICHAEL AHLERS
\*\*\*-\*\*-3910

        Defendant,

and

FIDELITY INVESTMENTS
ATTN: Legal Operations
PO Box 770001
Cincinnati, OH 45277

        Garnishee.

## MOTION FOR ORDER RELEASING GARNISHMENT AND FINAL ACCOUNTING OF PAYMENTS

Plaintiff United States of America, by and through Duston J. Slinkard, United States Attorney for the District of Kansas, and Kathryn E. Sheedy, Assistant United States Attorney, moves the Court for an order releasing the garnishment filed June 24, 2021, Doc. 30.

In support of this motion the United States represents the following:

1. Defendant Michael Ahlers' account with Garnishee Fidelity Investments has been liquidated and funds paid over to the Plaintiff.

2. A total of $2,913.27 was collected as a result of the garnishment.

WHEREFORE, Plaintiff United States requests this garnishment (Doc. 30) be released, and that the Garnishee Fidelity Investments be released and discharged as Garnishee.

Respectfully submitted,

DUSTON J. SLINKARD
Acting United States Attorney

s/ Kathryn E.Sheedy
KATHRYN E. SHEEDY
Assistant United States Attorney
Ks. S.Ct. No. 22867
290 Federal Bldg.
444 SE Quincy Street
Topeka, Kansas  66683-3592
PH:  785-295-2850
FX:  785-295-2853
Email:  Kathryn.sheedy@usdoj.gov
Attorneys for the United States

CERTIFICATE OF SERVICE

    I hereby certify that on November 16, 2022, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Attorney Robin D. Fowler.

s/ Kathryn E. Sheedy
KATHRYN E. SHEEDY
Assistant United States Attorney